UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT ALLEN HAINES,<br><br>    Defendant. | CASE NO. MJ21-139<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Pretrial Release Violation allegations

<u>Date of Detention Hearing</u>:    March 8, 2021.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged in the District of Oregon with Conspiracy to Possess with

DETENTION ORDER
PAGE -1

Intent to Distribute and Distribute Controlled Substances, and Use of a Communication Facility to Maintain Drug-Involved Premises. His pretrial services officer in that District has filed a petition alleging defendant has violated a condition of Pretrial Release by failing to abide by all technology requirements of the location monitoring program. Defendant does not contest detention, and requests transfer to the charging District to address the allegations.

2. Defendant poses a risk of nonappearance based on prior criminal history, instances of failure to appear, the nature of the alleged violation, and substance abuse problems. Defendant poses a risk of nonappearance based on the nature of the pending case, prior criminal history, and substance abuse problems.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the District of Oregon, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 8th day of March, 2021.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge